422 A.2d 1175

Commonwealth v. Myrick, Appellant.

644

 Submitted September 15, 1978. Malcolm M. Limongelli, First Assistant Public Defender, for appellant; Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.